```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 06 B 01107
   ISAAC D ALEMAN
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

       Debtor
   SSN XXX-XX-8799


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/08/06 and confirmed on 07/14/06.

   2.  The case was dismissed after confirmation, 04/25/2008.

   3.  The Debtor paid a total of $  65851.02 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ SERVICING CORP | CURRENT MORTG | 57821.95 | .00 | 57821.95 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | 27393.48 | .00 | 2323.27 |
| LAKE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| GREENWICH FINANCE | SECURED | .00 | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | 12616.44 | .00 | .00 |
| CERTIFIED SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 2589.46 | .00 | .00 |
| CERTIFIED SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| CPS | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 748.67 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | 555.20 | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |

           Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 85215.43 | .00 | 16509.77 | .00 | 101725.20 |
| PRINCIPAL PAID | 60145.22 | .00 | .00 | .00 | 60145.22 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 60145.22 | .00 | .00 | .00 | 60145.22 |

```
The Debtor's attorney, ROBERT V SCHALLER            , was allowed $   2500.00
and was paid $   1585.00  direct and $     915.00  through the plan.

The Trustee received $   2404.64 .

Refunds to the Debtor totaled $    2386.16 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/21/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE